**UNITED STATES of America, Appellant,**

v.

**Clarence Paul ROBERTS and Linwood Lee Lloyd, Appellees.**

No. 85–5122.

United States Court of Appeals, Fourth Circuit.

Sept. 29, 1986.

The appellant's petition for rehearing and suggestion for rehearing in banc were submitted to this Court. In a requested poll of the Court, Judges RUSSELL, WIDENER, HALL, SPROUSE, CHAPMAN, WILKINSON and WILKINS voted to rehear the case in banc; and Judges WINTER, PHILLIPS, MURNAGHAN, and ER-

---

VIN voted against rehearing the case in banc. A majority of judges having voted to grant rehearing in banc,

IT IS ORDERED that rehearing in banc is granted.

IT IS FURTHER ORDERED that this case shall be calendared for argument at the December session of Court.